UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:12-00137 |
| | ) | JUDGE SHARP |
| PATRICIA BARRETT | ) | |
| JEFFREY BARRETT | ) | |
| | ) | |

**O R D E R**

Pending before the Court is Defendant Patricia Barrett's Motion to Set Change of Plea Hearing (Docket No. 56) and Defendant Jeffrey Barrett's Motion to Set Change of Plea Hearing (Docket No. 57).

The motions are GRANTED and a plea hearing in these matters are hereby scheduled for Wednesday, January 30, 2013, at 2:15 p.m.

It is so ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE