UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:12-00137-3 |
| | ) | JUDGE SHARP |
| PATRICIA DIANE BARRETT | ) | |
| | ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Continue Sentencing (Docket No. 164) to which the Government does not oppose.

The motion is GRANTED and the sentencing hearing set for October 18, 2013, is hereby reset for Friday, November 1, 2013, at 10:30 a.m.

It is so ORDERED.

_Kevin H. Sharp_
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE